■ In the Matter of the Arbitration between WOODWARD MENTAL HEALTH CENTER, INC., Appellant, and WOODWARD FACULTY ASSOCIATION, Respondent. (Index No. 21454/76.)—Judgment of the Supreme Court, Nassau County, entered December 13, 1976, affirmed, without costs or disbursements (see *Board of Educ. v Bellmore-Merrick United Secondary Teachers,* 39 NY2d 167; *Matter of Cohoes City School Dist. v Cohoes Teachers Assn.,* 40 NY2d 774). Titone, J. P., Rabin, Gulotta and Hawkins, JJ., concur.

■ In the Matter of the Arbitration between WOODWARD MENTAL HEALTH CENTER, INC., Appellant, and WOODWARD FACULTY ASSOCIATION, Respondent. (Index No. 12629/77.)—Judgment of the Supreme Court, Nassau County, entered December 5, 1977, affirmed, without costs or disbursements (see *Board of Educ. v Bellmore-Merrick United Secondary Teachers,*

39 NY2d 167; *Matter of Cohoes City School Dist. v Cohoes Teachers Assn.,* 40 NY2d 774). Titone, J. P., Rabin, Gulotta and Hawkins, JJ., concur.